US v. MARTIN RODRIGUEZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |  |
|---|---|---|
| | | Date of Arrest: March 30, 2026 |
| UNITED STATES OF AMERICA | ) | Magistrate's Case No. **26-01236MJ** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| | ) | 18 U.S.C. § 554(a) |
| | ) | (Smuggling Goods from the United |
| Vs. | ) | States) |
| | ) | (Count 1) |
| | ) | |
| Agustin MARTIN RODRIGUEZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| YOB: 1975 | ) | |
| Citizen of Mexico | ) | |
| | ) | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about March 30, 2026, in the District of Arizona, Defendant Agustin MARTIN RODRIGUEZ, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, and merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of suck merchandise, article or object, that is: 250 rounds of 9mm ammunition and 100 rounds of .380 ammunition.

In violation of Title 18, United States Code, Section 554(a)

US v. MARTIN RODRIGUEZ

I further state that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Gayle Helart

*Gayle F. Helart*   Digitally signed by GAYLE HELART
Date: 2026.03.30 21:36:43 -07'00'

*Eliana Herrera*

Eliana Herrera
Special Agent - Homeland Security Investigations

Sworn and subscribed telephonically before me this 31st day of March, 2026.

James F. Metcalf
United States Magistrate Judge

US v. MARTIN RODRIGUEZ

UNITED STATES OF AMERICA

vs.

Agustin MARTIN Rodriguez

**STATEMENT OF FACTS**

I, Eliana Herrera, being duly sworn do state the following:

### INTRODUCTION AND BACKGROUND OF AFFIANT

Your Affiant is employed as a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since December 2021. During your Affiant's employment with DHS, your Affiant has received training in law enforcement skills, anti-terrorism, interviewing techniques, immigration law, search procedures and other areas of criminal activity from the Federal Law Enforcement Training Center (FLETC), in Brunswick, Georgia. Your Affiant is also cross certified by the Yuma County, Arizona Sheriff's Office as an Arizona State Peace Officer. During my employment in law enforcement, I have written and participated in the execution of multiple search warrants. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

### PROBABLE CAUSE

On March 30, 2026, Customs and Border Protection Officers (CBPOs) conducting outbound vehicle inspections were informed by U.S. Border Patrol (USBP) agents that a black two-door Chevrolet Silverado bearing Sonora, Mexico license plate ZWR7376 had been observed at Sprague's Sports, a Federal Firearms License (FFL) and ammunition retailer. USBP agents surveilled the Silverado and, while it was parked at the Walmart in San Luis, AZ, observed the driver manipulating something within the engine compartment.

US v. MARTIN RODRIGUEZ

At approximately 2:30 PM, Agustin MARTIN RODRIGUEZ, a citizen of Mexico, attempted to cross into Mexico through the San Luis, AZ Port of Entry (POE) via the outbound vehicle lanes, driving a black two-door Chevrolet Silverado pickup truck bearing Sonora, Mexico license plate ZWR7376.

Anti-Terrorist Contraband Enforcement Team (ATCET) officers observed the Silverado in the outbound lanes at the San Luis POE and encountered MARTIN RODRIGUEZ. CBPOs asked MARTIN RODRIGUEZ where he was coming from, to which he stated he was shopping at Walmart and was now traveling home to San Luis Rio Colorado, Mexico. CBPOs then asked for an outbound declaration for ammunition, weapons, and any monetary instruments over $10,000, to which MARTIN RODRIGUEZ did not declare anything.

A CBP Canine Enforcement Officer (CEO) and his K-9 partner, trained to detect bulk cash, ammunition, and weapons, alerted to the Silverado. MARTIN RODRIGUEZ was subsequently referred to secondary inspection.

While at secondary, MARTIN RODRIGUEZ was asked for a second outbound declaration, and again he did not declare anything. CBPOs conducted a vehicle inspection of the Silverado and, within the engine compartment, discovered a solid brick-shaped object wrapped with red duct tape concealed within the engine air filter box. The CBPO immediately recognized the size, shape, weight, and feel to be consistent with ammunition.

Further inspection of the package revealed 250 rounds of 9mm ammunition and 100 rounds of .380 ammunition wrapped in duct tape. MARTIN RODRIGUEZ was detained and, during a pat-down search of his person, a receipt from Sprague's Sports for the discovered ammunition was found in his pocket. He was then escorted to a secure holding cell for further processing.

During a post-Miranda interview, MARTIN RODRIGUEZ admitted to purchasing the ammunition in the United States to bring into Mexico for use with his personally owned firearms. He stated he was aware it was a violation of Mexican law to bring ammunition into Mexico, but believed it was not a violation of U.S. law because the store sold him the ammunition without verifying his identity. When asked why he did not declare the ammunition to CBPOs when they asked him specifically about ammunition, he responded that he was scared.

When questioned further about his knowledge of U.S. laws regarding ammunition possession, MARTIN RODRIGUEZ admitted he knew that only U.S. citizens or lawful permanent residents are permitted to purchase and possess firearms. However, he assumed it was legal for him to buy ammunition as a citizen of Mexico since his identity was not checked during the purchase.

MARTIN RODIRIGUEZ was asked if he knew it was illegal to export ammunition from the United States into Mexico to which he replied yes. He also acknowledged that he did not possess an import or export license.

A query of international border crossings for the Chevrolet truck bearing Sonora, Mexico license plate ZWR7376 revealed that the vehicle entered the United States from Mexico at 12:01 PM on March 30, 2026, with MARTIN RODRIGUEZ as the sole occupant.

Based on the foregoing, there is probable cause to believe that Agustin MARTIN RODRIGUEZ committed the offenses alleged in the Complaint.

Eliana Herrera

Eliana Herrera
Special Agent - Homeland Security Investigations

Sworn and subscribed telephonically before me this 31st day of March, 2026.

HONORABLE JAMES F. METCALF

United States Magistrate Judge